SCWC-11-0000392

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ALLEN TAVARES,
Petitioner/Defendant-Appellant,
and
FRANK HAMPP,
Defendant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000392; CR. NO. 09-1-1864)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna and Pollack, JJ., with
Acoba, J., dissenting)

Petitioner/Defendant-Appellant Allen Tavares'

Application for Writ of Certiorari filed on November 4, 2013, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, December 19, 2013.

Dwight C.H. Lum                    /s/ Mark E. Recktenwald
for petitioner

                                   /s/ Paula A. Nakayama
Stephen K. Tsushima
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

